UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| MARK E. MILLER, | ) | No. CV 04-01703-DSF (VBK) |
| Plaintiff, | ) | ORDER (1) ACCEPTING AND ADOPTING THE AMENDED REPORT AND |
| v. | ) | RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE, AND (2) |
| KAMAL ABDUL-JABBAAR, et al., | ) | GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND DISMISSING |
| Defendants. | ) | PLAINTIFF'S COMPLAINT |

Pursuant to 28 U.S.C. §636, the Court has reviewed the Complaint and all other papers along with the attached Amended Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Amended Report and Recommendation.

**IT IS THEREFORE ORDERED** that an Order be entered (1) approving and adopting the Amended Report and Recommendation, (2) granting Defendants' Motion for Summary Judgment; and (3) dismissing Plaintiff's Complaint and the action with prejudice.

DATED: 12/16/08

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE